# Court of Appeals
# of the State of Georgia

ATLANTA,  April 11, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1425.  CORDURAY SCOTT v. ANNETTIA TOBY, WARDEN.

In 2012, Corduray Scott was convicted of felony murder and cruelty to children and sentenced to life in prison.  In February 2018, the trial court granted Scott an out-of-time direct appeal, and he filed the instant appeal referencing his judgment of conviction.  We lack jurisdiction.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death can be imposed for the crime of felony murder, jurisdiction is proper in the Supreme Court.  See OCGA § 16-5-1 (c), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder").  Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/11/2018*
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

Stephen E. Castlen , *Clerk.*